UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HECTOR HERNANDEZ,

         Petitioner,

    v.

UNITED STATES OF AMERICA,

         Respondent.

NO. CR. S-01-0358 WBS

ORDER

----oo0oo----

        Defendant has filed a request to correct his presentence report pursuant to Rule 32(c)(3)(D)[sic] of the Federal Rules of Civil Procedure.  The United States Attorney shall file a response to this request on or before January 15, 2007.  Defendant shall file his reply, if any, on or before January 29, 2007.  The matter will then be taken under submission.

        IT IS SO ORDERED.

DATED:  December 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1